**Brian K. KRENZER, Appellant,**

v.

**STATE of Missouri, Respondent.**

**No. WD 69571.**

Missouri Court of Appeals,
Western District.

Aug. 11, 2009.

Frederick J. Ernst, for Appellant.

Jayne T. Woods, for Respondent.

Before Division Two: VICTOR C. HOWARD, Presiding Judge, JOSEPH M. ELLIS, Judge and MARK D. PFEIFFER, Judge.

### *ORDER*

PER CURIAM:

Brian Krenzer appeals the judgment of the motion court denying his Rule 29.15 motion for postconviction relief following an evidentiary hearing. He sought to vacate his conviction for second-degree robbery, section 569.030, RSMo 2000, and sentence as a persistent offender to twenty-five years imprisonment. Mr. Krenzer claims that he was provided ineffective assistance of counsel regarding various evidentiary issues. Because a published opinion would have no precedential value, a memorandum has been provided to the parties.

The judgment is affirmed. Rule 84.16(b).